**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SANTA PAULA ANIMAL RESCUE CENTER, INC. AND CLAIRE BIRGY, THE GUARDIANS OF CANINE COMPANION BRUCE,

Plaintiff,

v.

VENTURA COUNTY, VENTURA COUNTY ANIMAL SERVICES, CITY OF OXNARD AND DOES 1-10,

Defendant.

Case No. 2:26-cv-05196-SPG-E

District Judge: Hon. Sherilyn Peace Garnett
Magistrate Judge: Hon. Charles F. Eick

**[PROPOSED] ORDER GRANTING DEFENDANTS VENTURA COUNTY AND VENTURA COUNTY ANIMAL SERVICES' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

On June 15, 2026, Defendants Ventura County and Ventura County Animal Services ("Defendants") filed a Motion to Dismiss the First Amended Complaint (the "Motion").

Defendants requested that the Court dismiss them from the First Amended Complaint with prejudice on the grounds that the Court lacks subject matter jurisdiction over the claims and the First Amended Complaint fails to state a claim upon which relief could be granted pursuant to Fed. R. Civ. P. 12(b)(1) & (6).

The Court, having considered the Motion, arguments of counsel for the respective parties, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Motion be sustained without leave to amend; and

2. That Defendants be dismissed from the First Amended Complaint with prejudice.

IT IS ORDERED

Dated: ________________________________

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE