UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SANTA PAULA ANIMAL RESCUE CENTER and CLAIRE BIRGY, The Guardian of Canine Companion Bruce,

Plaintiffs - Appellants,

v.

COUNTY OF VENTURA; et al.,

Defendants - Appellees,

DOES,

Defendant.

No. 26-5072

D.C. No.
2:26-cv-05196-SPG-E
Central District of California,
Los Angeles

ORDER

Before: S.R. THOMAS and FORREST, Circuit Judges.

The emergency motion (Docket Entry Nos. 4, 5) for injunctive relief is denied.